# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION: 1:10-00187-KD-M |
| ) | |
| DARREL LYNCH, ) | |
|    Defendant. ) | |

## ORDER

This matter is before the Court on Defendant Darrel Lynch's motion for early termination from supervised release (SRT). (Doc. 831).

On October 21, 2010, Lynch plead guilty to conspiracy to possess with intent to distribute cocaine and cocaine base (Count One). (Doc. 327). On December 14, 2011, this Court sentenced Lynch to the custody of the U.S. Bureau of Prisons for 84 months, followed by an eight (8) year SRT term with conditions. (Doc. 623). On February 11, 2016, Lynch's sentence was reduced, pursuant to 18 U.S.C. § 3582(c)(2), to 70 months. (Doc. 765).

In response to Lynch's motion, the U.S. Probation Office notified the Court that Lynch began serving his SRT on February 19, 2016, under the supervision of the Southern District of Alabama, and that his SRT is set to expire on February 18, 2024. The Probation Office reports that Lynch has been compliant with all conditions of his SRT, has maintained employment since his release, and that he is now the owner and operator of a family business. The Probation Office recommends that Lynch be discharged from SRT. Additionally, the Probation Office states that there is no objection by the United States to Lynch's motion.

Pursuant to 18 U.S.C. § 3583(e)(1), after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the

provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).  Lynch has served approximately 88 months of his 96-month supervised release term (more than one (1) year); thus, he is eligible for early termination. Therefore, the Court looks to whether his present conduct warrants early termination and whether early termination would serve the interest of justice. 18 U.S.C. § 3583(e)(1).  Factors to consider include the defendant's history and characteristics, deterrence to criminal conduct, protection of the public from future crimes by the defendant, and the need for educational training or other types of care in the most efficient manner. 18 U.S.C. § 3583(e) (referencing § 3553(a) factors).

The Court acknowledges the Probation Office's report that Lynch has been compliant with conditions of supervision. Additionally, Lynch has maintained employment and now owns and operates a family business.  Accordingly, the Court is satisfied that early termination would serve the interests of justice and that Lynch's present conduct warrants early termination.

Upon consideration of the relevant § 3553(a) factors, it is **ORDERED** that Lynch's motion (Doc. 831) is **GRANTED**. Accordingly, Defendant Darrel Lynch is hereby **DISCHARGED** from SRT (supervised release term).

The Clerk is **DIRECTED** to mail a copy of this Order to Lynch.

**DONE** and **ORDERED** this the **27th** day of **July 2023.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**